IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MARK RYLAND DOWDY,** | ) | Civil Action No. 7:11-cv-00457 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ALBEMARLE CHARLOTTESVILLE** | ) | |
| **REGIONAL JAIL, et al.,** | ) | By:   Hon. Michael F. Urbanski |
|     Defendants. | ) | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Col. Matthews, Capt. Rush, Lt. Schrek, Lt. Rawlings, Lt. Carver, Sgt. Jones, Sgt. Jordan, Cpl. Harris, Cpl. Sheler, C.O. Johnson, and Ms. Workman are **JOINED** as defendants, pursuant to Rules 15, 19, and 21, Fed. R. Civ. P.; plaintiff's Amended Complaint is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the plaintiff.

                                             Entered:  October 25, 2011

                                             /s/ Michael F. Urbanski

                                             Michael F. Urbanski
                                             United States District Judge